SEEFELDT, Appellant, vs. PETERSON and others, Respondents.

For the appellant: *E. P. Gorman* of Wausau.

For the respondents Peterson and Juul: *Carlyle B. Wurster* of Merrill.

For the respondent Rose Peterson: *Richard B. Runke* of Merrill.

*By the Court.*—Judgment affirmed.

HEWITT, Respondent, vs. TRACY, Appellant.

For the appellant: *Edgar Ewers* and *Black & Clark* of Richland Center, attorneys, and *John H. Schlintz* of Milwaukee, of counsel.

For the respondent: *Schubert, Stevenson & Hanson* of Richland Center.

*By the Court.*—Judgment affirmed.

NEHLS, Respondent, vs. RUSSELL, Appellant.

For the appellant: *Russell & Goetz* of Hartford.

For the respondent: *Harry U. Amidon* of Hartford and *Eugene A. Clifford* of Juneau.

*By the Court.*—Judgment affirmed.